460 A.2d 841

Commonwealth, Appellant v. Sanders.
Reargument Denied June 20, 1983.

Argued December 8, 1981. Mark Gurevitz, Assistant District Attorney, for Commonwealth, appellant; John W. Packel, Chief, Appeals, Assistant Public Defender, for appellee.

Before SPAETH, MONTGOMERY and LIPEZ, JJ.

The order of the court is affirmed.